```
                                              FILED
                                          06 SEP -7 AM 8:52

                                          CLERK U.S. DISTRICT COURT
                                       SOUTHERN DISTRICT OF CALIFORNIA

                                       BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: 05CR1373-DMS |
|---|---|---|
| Plaintiff, | ) | ORDER |
| vs. | ) | |
| JOSE SANCHEZ-JIMENEZ, | ) | DATE: September 8, 2006 |
| Defendant. | ) | TIME: 9:00 A.M. |
|  | ) | JUDGE: SABRAW |

IT IS HEREBY ORDERED, that the sentencing hearing set for September 8, 2006, shall be continued until October 13, 2006, at 9:00 a.m.

Dated: _____

DANA M. SABRAW
UNITED STATES DISTRICT JUDGE

